IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIE EARL HENRY**                                                                                   **PLAINTIFF**
**ADC #77819-8267**

v.                         NO. 2:14CV00047 JLH/BD

**RAY HOBBS, et al.**                                                                                   **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objection, and upon conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Henry's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 22nd day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE