# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**WILLIE EARL HENRY**                                                                                  **PLAINTIFF**
**ADC #77819-8267**

**v.**                            **NO. 2:14CV00047 JLH/BD**

**RAY HOBBS, et al.**                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 22nd day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE